UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:05-CR-97 |
| | ) | (JARVIS/GUYTON) |
| HEATHER NATASHA WHITT, | ) | |
| | ) | |
| Defendant. | ) | |

**MEMORANDUM AND ORDER**

All pretrial motions in this case have been referred to the undersigned pursuant to 28 U.S.C. § 636(b) for disposition or report and recommendation regarding disposition by the District Court as may be appropriate. This matter is before the Court on the defendant's Motion for Extension of Time to File Motions [Doc. 13], filed on September 19, 2005. The defendant requests that the motion-filing deadline be extended from September 19, 2005, to September 26, 2005, in order to allow counsel time to develop the issues and file motions if deemed necessary. Defense counsel notes that he was ill during the time leading up to the present motion-filing deadline.

The Court held a hearing on the motion on September 19, 2005. Assistant United States Attorney Steven Cook appeared on behalf of the government. Attorney Kevin Angel represented the defendant, who was also present. At the hearing, the government stated that it did not object to the requested continuance.

Finding the defendant has shown good cause for an extension, the Court hereby **GRANTS** the motion [**Doc. 13**] and extends the deadline for filing motions to **September 26, 2005**. The government has until **October 11, 2005**, to file its responses to any motions filed. The pretrial conference is reset to **October 17, 2005, at 3:00 p.m.** All other dates in the case,

including the October 18, 2005 trial date, shall remain the same at this time.

**IT IS SO ORDERED.**

ENTER:


　　　s/ H. Bruce Guyton　　
United States Magistrate Judge