UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:05-CR-97 |
| | ) | (JARVIS/GUYTON) |
| HEATHER NATASHA WHITT, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## MEMORANDUM AND ORDER

All pretrial motions in this case have been referred to the undersigned pursuant to 28 U.S.C. § 636(b) for disposition or report and recommendation regarding disposition by the district court as may be appropriate. This case is before the Court on the following motions:

(1) Motion To Suppress filed by the defendant [Doc. 18]; and

(2) Government's Motion For Additional Time [Doc. 21];

The defendant entered a guilty plea before United States District Judge James H. Jarvis on October 24, 2005. [See Doc. 28]. Accordingly, the pending motions [**Docs. 18 and 21**] are **DENIED as moot**.

    **IT IS SO ORDERED.**

                      ENTER:

                        s/ H. Bruce Guyton
                      United States Magistrate Judge